# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **WALNUT PRIVATE EQUITY FUND, L.P.,** individually, and derivatively on behalf of **ARGO TEA, INC.,** | : : : | Case No. 1:11-CV-770 |
| | : | Judge Michael R. Barrett |
| Plaintiff, | : : | |
| v. | : : | |
| **ARGO TEA, INC.**, et al. | : : | |
| Defendants. | : : | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), (1) plaintiff Walnut Private Equity Fund, L.P., individually and derivatively on behalf of Argo Tea, Inc., (2) intervening plaintiffs Hauser Capital Partners, LLC and Hauser Tysoe, LLC, and (3) defendants Argo Tea, Inc., Arsen Avakian, Ranjan Lal, Stanley Nitzberg, Glen Tullman, Mosaix Ventures, and Rouben Terzian, by and through counsel, stipulate that this action, including all claims and counterclaims pending herein, if any, be dismissed with prejudice.

For good cause shown, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own costs. The case shall be **CLOSED** and **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED**.

s/ Michael R. Barrett<br>
Michael R. Barrett, Judge<br>
United States District Court